<u>Errata</u>

*Mex Y Can Trading USA Ltd. v. United States*, Ct. No. 12-00329, Slip Op. 14-107, decided September 12, 2014:

(1) Correct "Columbia" to "Colombia" as follows:

-- Page 1, line 3.

-- Page 2, lines 16 and 17.

-- Page 3, line 6.

-- Page 4, line 3 of block quote.

(2) Page 3, line 8, correct "2014" to "2012".

(3) Page 4, line 9, correct "2013" to "2012".

(4) Page 5, line 2 of 1st full paragraph, correct "Commerce's" to "Customs".

(5) Page 5, footnote 4, line 3, insert "to" before "the customs".

(6) Page 7, line 1, correct "forgoing" to "foregoing".

(7) Page 7, line 9, insert "is" after "this".